**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Terry J. Gavin, Jr.<br><br>           Debtor | CHAPTER 13<br><br>BKY. NO. 16-24425 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      jwarmbrodt@kmllawgroup.com