# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-24425-GLT** |
| **Terry J. Gavin** | ) | **Chapter 13** |
| Debtor | ) | Doc No. |
| **Terry J. Gavin** | ) | |
| Movant | ) | **Motion No. ☐ WO-1** |
| v. | ) | |
| **Verizon Service Corp.** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 25, 2020**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Terry Gavin, 59 Bradford Avenue, Pittsburgh, Pa 15205
b. Verizon Service Corp., Attn: Payroll Manager, 22001 Loudoun County Parkway, Ashburn , VA 20147

Executed on: **February 25, 2020**          **/s/Bryan P. Keenan**
                                            Bryan P. Keenan, PA ID No. 89053
                                            Bryan P. Keenan & Associates P.C.
                                            Attorney for Debtor
                                            993 Greentree Road, Suite 101
                                            Pittsburgh, PA 15220
                                            (412) 922-5116
                                            keenan662@gmail.com