**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/02/2021

IN RE:

TERRY J. GAVIN, JR.
59 BRADFORD AVENUE
PITTSBURGH, PA 15205
XXX-XX-6675          Debtor(s)

Case No.16-24425 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/2/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SHERRI J BRAUNSTEIN ESQ++**<br>UDREN LAW OFFICES P.C.<br>111 WOODCREST RD STE 200<br>CHERRY HILL, NJ 08003-3620 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BORO OF CRAFTON-TRASH FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 4   INT %: 10.00%<br>Court Claim Number: 6<br>CLAIM: 212.00<br>COMMENT: 39A210;THRU 11/16*$/CL-PL@10%*W/27 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A210 |
| **BORO OF CRAFTON-SEWAGE FEES**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 5   INT %: 10.00%<br>Court Claim Number: 8-2<br>CLAIM: 6.39<br>COMMENT: 39-A-210*CL8GOV*526.73@10%/PL* W/25*PIF/CR/LTR*AMD CL=0*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: A210 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4LMT*BGN 12/16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9504 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 5,620.55<br>COMMENT: CL2GOV/CONF*$/CL-PL*12/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6675 |
| **ALLY FINANCIAL LEASE TRUST**<br>ATTN PAYMENT PROCESSING CENTER<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,874.72<br>COMMENT: LEASE END BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6294 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,005.62<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6232 |
| **CITIBANK CREDIT SERVICES INC****<br>POB 20487**<br>KANSAS CITY, MO 64195-9904 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEARS/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7690 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 2,819.69<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4737 |
| **IC SYSTEM INC\*\***<br>ATTN: CONSUMER AFFAIRS DEPT<br>PO BOX 64378<br><br>ST PAUL, MN 55164 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BANFIELD PET HSPTL/SCH\*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2430 |
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 27,207.52<br>COMMENT: LENDINGCLUB CORP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8729 |
| **MOHELA O/B/O DEPARTMENT OF EDUCATION**<br>C/O DEPT OF EDUCATION/MOHELA<br>PO BOX 79023<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 35,861.04<br>COMMENT: 0004/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6675 |
| **MOHELA**<br>633 SPIRIT DR<br><br>CHESTERFIELD, MO 63005 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **MOHELA**<br>633 SPIRIT DR<br><br>CHESTERFIELD, MO 63005 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 10,896.97<br>COMMENT: FR ONEMAIN-DOC 44\*INSUFF POD\*LOAN DTD 6/25/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3929 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 297.80<br>COMMENT: 4673/SCH\*SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8841 |
| **VERIZON**<br>140 WEST ST<br><br>NEW YORK, NY 10007 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 26.60<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6675 |

| Creditor | Trustee Info | Credit Info |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA 17128 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 3 <br><br> CLAIM: 113.10 <br> COMMENT: CL3GOV/CONF*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6675 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 2 <br><br> CLAIM: 22,434.21 <br> COMMENT: NO GEN UNS/SCH*11-12 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6675 |
| **CARLYNTON SD (CRAFTON) (RE)** <br> C/O JORDAN TAX SERVICE** <br> 102 RAHWAY RD <br><br> MCMURRAY, PA 15317 | Trustee Claim Number: 23  INT %: 10.00% <br> Court Claim Number: <br><br> CLAIM: 3,375.34 <br> COMMENT: $/PL@10%*15~CLTR @ ANDREWS AND PRICE/AMD D*PIF/CR/LTR*NTC-RSV | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A210 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br><br> MIAMISBURG, OH 45342 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 12 <br><br> CLAIM: 7,234.78 <br> COMMENT: $/CL-PL*THRU 11/16 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9504 |
| **BORO OF CRAFTON-SEWAGE FEES** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br><br> MCMURRAY, PA 15317 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 8-2 <br><br> CLAIM: 0.00 <br> COMMENT: 39A210;THRU 16*NON%*103.10@0%~16/PL*W/5*AMD CL=0 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A210 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA 15212 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 9 <br><br> CLAIM: 883.23 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7002 |
| **BORO OF CRAFTON-TRASH FEES** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br><br> MCMURRAY, PA 15317 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 6 <br><br> CLAIM: 38.64 <br> COMMENT: 39A210;THRU 11/16*NON%*$/CL-PL@0%PL*W/4 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A210 |
| **BORO OF CRAFTON-R/E TAX** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br><br> MCMURRAY, PA 15317 | Trustee Claim Number: 28  INT %: 10.00% <br> Court Claim Number: 7 <br><br> CLAIM: 478.58 <br> COMMENT: 39A210;15*NT/SCH*$/CL-PL@10%*W/29 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A210 |
| **BORO OF CRAFTON-R/E TAX** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br><br> MCMURRAY, PA 15317 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 7 <br><br> CLAIM: 112.99 <br> COMMENT: 39A210;15*NON%*NT/SCH*$/CL-PL@0%*W/28 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: A210 |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: 15 <br><br> CLAIM: 674.64 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6675 |

| CLAIM RECORDS | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC/PRAE | |