Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Terry J. Gavin Jr.** : | Case No. 16−24425−GLT | |
| *Debtor(s)* : | Chapter: 13 | |
| : | | |
| **RONDA J. WINNECOUR, Trustee,** : | | |
| *Movant(s),* : | | |
| : | | |
| v. : | Related to Document No. 67 | |
| **No Respondents** : | | |
| *Respondent(s).* : | Hearing Date: 3/9/22 at 11:00 AM | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

      *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 67 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before February 10, 2022**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **March 9, 2022 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24425-GLT |
| Terry J. Gavin, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry J. Gavin, Jr., 59 Bradford Avenue, Pittsburgh, PA 15205-3120 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14364423 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14329141 | | Borough of Crafton, c/o Jordan Tax Service, Canonsburg, PA 15317 |
| 14329142 | + | Borough of Crafton, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14342483 | + | Carlynton School District Real Estate Taxes, c/o Andrews & Price, 1500 Admore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14329147 | + | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329150 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14364949 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14385097 | + | US Dept of ED/Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2021 02:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14329140 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14346892 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14329143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14397516 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14329144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:46 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:56 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 14329146 | + | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14409287 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329147 | + | Email/Text: Bankruptcy@ICSystem.com | | |

Case 16-24425-GLT    Doc 72    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Dec 28 2021 02:41:00 | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329148 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 02:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329149 | + Email/Text: bk@lendingclub.com | Dec 28 2021 02:41:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14338340 | + Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:28 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14329151 | + Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:48 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14398257 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14329152 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Mortgage, Attn: Customer Service Reasearch, B-6-YMO7-01-07, PO Box 1820, Dayton, OH 45401-1820 |
| 14691675 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14408916 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343297 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14364949 | + Email/Text: ebnpeoples@grblaw.com | Dec 28 2021 02:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14362329 | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14329153 | + Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14329154 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 28 2021 02:40:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 32 |

Date: Dec 29, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Terry J. Gavin  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8