**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TERRY J. GAVIN, JR.

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:16-24425

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2016 and confirmed on 1/27/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 144,371.50 |
| Less Refunds to Debtor | 7,176.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 137,195.34 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 6,868.67 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,368.67 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 100,261.76 | 0.00 | 100,261.76 |
|     Acct: 9504 | | | | |
|   PNC BANK NA | 7,234.78 | 7,234.78 | 0.00 | 7,234.78 |
|     Acct: 9504 | | | | |
|   BORO OF CRAFTON-TRASH FEES | 212.00 | 212.00 | 35.90 | 247.90 |
|     Acct: A210 | | | | |
|   BORO OF CRAFTON-SEWAGE FEES | 6.39 | 6.39 | 91.53 | 97.92 |
|     Acct: A210 | | | | |
|   CARLYNTON SD (CRAFTON) (RE) | 1,921.51 | 1,921.51 | 558.84 | 2,480.35 |
|     Acct: A210 | | | | |
|   BORO OF CRAFTON-SEWAGE FEES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: A210 | | | | |
|   BORO OF CRAFTON-TRASH FEES | 38.64 | 38.64 | 0.00 | 38.64 |
|     Acct: A210 | | | | |
|   BORO OF CRAFTON-R/E TAX | 478.58 | 478.58 | 55.84 | 534.42 |
|     Acct: A210 | | | | |
|   BORO OF CRAFTON-R/E TAX | 112.99 | 112.99 | 0.00 | 112.99 |
|     Acct: A210 | | | | |
| | | | | 111,008.76 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY J. GAVIN, JR. | 0.00 | 1,836.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY J. GAVIN, JR. | 5,340.16 | 5,340.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 5,620.55 | 5,620.55 | 0.00 | 5,620.55 |
|     Acct: 6675 | | | | |
|   PA DEPARTMENT OF REVENUE* | 113.10 | 113.10 | 0.00 | 113.10 |
|     Acct: 6675 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 5,733.65 |
| Unsecured | | | | |
| ALLY FINANCIAL LEASE TRUST | 4,874.72 | 446.96 | 0.00 | 446.96 |
| Acct: 6294 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,005.62 | 367.28 | 0.00 | 367.28 |
| Acct: 6232 | | | | |
| CITIBANK CREDIT SERVICES INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7690 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,819.69 | 258.54 | 0.00 | 258.54 |
| Acct: 4737 | | | | |
| IC SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2430 | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOCI | 27,207.52 | 2,494.66 | 0.00 | 2,494.66 |
| Acct: 8729 | | | | |
| MOHELA O/B/O DEPARTMENT OF EDUCA | 35,861.04 | 3,288.10 | 0.00 | 3,288.10 |
| Acct: 6675 | | | | |
| MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - , | 10,896.97 | 999.14 | 0.00 | 999.14 |
| Acct: 3929 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 297.80 | 27.31 | 0.00 | 27.31 |
| Acct: 8841 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 26.60 | 2.44 | 0.00 | 2.44 |
| Acct: 6675 | | | | |
| INTERNAL REVENUE SERVICE* | 22,434.21 | 2,056.99 | 0.00 | 2,056.99 |
| Acct: 6675 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 883.23 | 80.98 | 0.00 | 80.98 |
| Acct: 7002 | | | | |
| DUQUESNE LIGHT COMPANY* | 674.64 | 61.86 | 0.00 | 61.86 |
| Acct: 6675 | | | | |
| SHERRI J BRAUNSTEIN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,084.26 |

TOTAL PAID TO CREDITORS                                                                                126,826.67

```
TOTAL CLAIMED
PRIORITY           5,733.65
SECURED           10,004.89
UNSECURED        109,982.04
```

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TERRY J. GAVIN, JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-24425

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 16-24425-GLT
Terry J. Gavin, Jr.                                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                     User: jhel                                                                     Page 1 of 3
Date Rcvd: Dec 27, 2021                                      Form ID: pdf900                                                 Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry J. Gavin, Jr., 59 Bradford Avenue, Pittsburgh, PA 15205-3120 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14364423 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14329141 | | Borough of Crafton, c/o Jordan Tax Service, Canonsburg, PA 15317 |
| 14329142 | + | Borough of Crafton, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14342483 | + | Carlynton School District Real Estate Taxes, c/o Andrews & Price, 1500 Admore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14329147 | + | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329150 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14364949 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14385097 | + | US Dept of ED/Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2021 02:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14329140 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14346892 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2021 02:40:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14329143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 02:39:51 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14397516 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14329144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:55 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:37 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 14329146 | + | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14409287 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329147 | + | Email/Text: Bankruptcy@ICSystem.com | | |

Case 16-24425-GLT    Doc 74    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 28 2021 02:41:00 | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 02:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329149 | + | Email/Text: bk@lendingclub.com | Dec 28 2021 02:41:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14338340 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:40 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14329151 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2021 02:39:40 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14398257 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14329152 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC Mortgage, Attn: Customer Service Reasearch, B-6-YMO7-01-07, PO Box 1820, Dayton, OH 45401-1820 |
| 14691675 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14408916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343297 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 02:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14364949 | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2021 02:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14362329 | | Email/Text: bnc-quantum@quantum3group.com | Dec 28 2021 02:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14329153 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:28 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14329154 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 28 2021 02:40:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021                Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Bryan P. Keenan
on behalf of Debtor Terry J. Gavin  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Crafton jhunt@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8