**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Terry J. Gavin Jr. | Social Security number or ITIN xxx–xx–6675 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–24425–GLT | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry J. Gavin Jr.

2/14/22

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24425-GLT |
| Terry J. Gavin, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry J. Gavin, Jr., 59 Bradford Avenue, Pittsburgh, PA 15205-3120 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14364423 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14329141 | | Borough of Crafton, c/o Jordan Tax Service, Canonsburg, PA 15317 |
| 14329142 | + | Borough of Crafton, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14342483 | + | Carlynton School District Real Estate Taxes, c/o Andrews & Price, 1500 Admore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14329150 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14385097 | + | US Dept of ED/Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 15 2022 08:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 15 2022 08:28:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 15 2022 03:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14329140 | + | EDI: GMACFS.COM | Feb 15 2022 08:28:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14346892 | | EDI: GMACFS.COM | Feb 15 2022 08:28:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14329143 | + | EDI: CAPITALONE.COM | Feb 15 2022 08:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14397516 | + | Email/Text: bankruptcy@cavps.com | Feb 15 2022 03:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14329144 | + | EDI: CITICORP.COM | Feb 15 2022 08:28:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329145 | + | EDI: CITICORP.COM | Feb 15 2022 08:28:00 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 14329146 | + | EDI: DISCOVER.COM | Feb 15 2022 08:28:00 | Discover Financial, Po Box 3025, New Albany, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 43054-3025 |
| 14409287 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 15 2022 03:43:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329147 | + | EDI: IIC9.COM | Feb 15 2022 08:28:00 | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329148 | + | EDI: IRS.COM | Feb 15 2022 08:28:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14329149 | + | Email/Text: bk@lendingclub.com | Feb 15 2022 03:43:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14338340 | + | EDI: AGFINANCE.COM | Feb 15 2022 08:28:00 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14329151 | + | EDI: AGFINANCE.COM | Feb 15 2022 08:28:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14398257 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 03:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14329152 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 03:43:00 | PNC Mortgage, Attn: Customer Service Reasearch, B-6-YMO7-01-07, PO Box 1820, Dayton, OH 45401-1820 |
| 14691675 | | EDI: PRA.COM | Feb 15 2022 08:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14408916 | | EDI: PRA.COM | Feb 15 2022 08:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343297 | | EDI: PENNDEPTREV | Feb 15 2022 08:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14343297 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14364949 | + | Email/Text: ebnpeoples@grblaw.com | Feb 15 2022 03:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14362329 | | EDI: Q3G.COM | Feb 15 2022 08:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14329153 | + | EDI: RMSC.COM | Feb 15 2022 08:28:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14329154 | + | EDI: VERIZONCOMB.COM | Feb 15 2022 08:28:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 16-24425-GLT  Doc 77  Filed 02/16/22  Entered 02/17/22 00:26:18  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 14, 2022 | Form ID: 3180W | Total Noticed: 33 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Terry J. Gavin  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8