**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/14/22 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   TERRY J. GAVIN, JR.

       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:16-24425

Chapter 13
Related to Dkt. No. 67

ORDER OF COURT

AND NOW, this 14th day of February 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO    **jah**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24425-GLT |
| Terry J. Gavin, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry J. Gavin, Jr., 59 Bradford Avenue, Pittsburgh, PA 15205-3120 |
| cr | + | Borough of Crafton, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14364423 | + | Borough of Crafton, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14329141 | | Borough of Crafton, c/o Jordan Tax Service, Canonsburg, PA 15317 |
| 14329142 | + | Borough of Crafton, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14342483 | + | Carlynton School District Real Estate Taxes, c/o Andrews & Price, 1500 Admore Boulevard, Suite 506, Pittsburgh, PA 15221-4468 |
| 14329150 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14385097 | + | US Dept of ED/Mohela, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2022 03:44:12 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 15 2022 03:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14329140 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2022 03:43:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14346892 | | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2022 03:43:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14329143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2022 03:44:15 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14397516 | + | Email/Text: bankruptcy@cavps.com | Feb 15 2022 03:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14329144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2022 03:44:10 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14329145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2022 03:44:16 | Citibank/Best Buy, Centalized Bankruptcy/Citicorp Credit Se, Po Box 790040, Sanit Louis, MO 63179-0040 |
| 14329146 | + | Email/Text: mrdiscen@discover.com | Feb 15 2022 03:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14409287 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 15 2022 03:43:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14329147 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 15 2022 03:43:00 | IC Systems, Inc, Re: Banfield Pet Hospital, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14329148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2022 03:43:00 | Internal Revenue Service, P.O. Box 7346, |

Case 16-24425-GLT    Doc 78    Filed 02/16/22    Entered 02/17/22 00:26:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 14329149 | + | Email/Text: bk@lendingclub.com | Feb 15 2022 03:43:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14338340 | + | Email/PDF: cbp@onemainfinancial.com | Feb 15 2022 03:44:08 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14329151 | + | Email/PDF: cbp@onemainfinancial.com | Feb 15 2022 03:44:14 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14398257 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 03:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14329152 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 03:43:00 | PNC Mortgage, Attn: Customer Service Reasearch, B-6-YMO7-01-07, PO Box 1820, Dayton, OH 45401-1820 |
| 14691675 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2022 03:44:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14408916 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2022 03:44:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343297 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14364949 | + | Email/Text: ebnpeoples@grblaw.com | Feb 15 2022 03:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14362329 | | Email/Text: bnc-quantum@quantum3group.com | Feb 15 2022 03:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14329153 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2022 03:44:11 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14329154 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 15 2022 03:43:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022        Signature:        /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf900 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Terry J. Gavin  Jr. keenan662@gmail.com, melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Crafton jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8